IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMED SHAFEEK,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER ON MOTION OF THE UNITED STATES RE: BOND<br><br><br><br>Case No. 2:05-CR-000266-005 TS |

The United States moves for an order to transfer the $150,000 cash bond paid on behalf of Mohamed Shafeek in this case to the related Case No. 2:06-CR-000229-001 DB. The bond was on behalf of then defendant Mohamed Shafeek. Pursuant to that bond, $150,000 was receipted into this case. The terms of that bond are that: "Upon exoneration of the terms and conditions of the bond, as determined by the Court, the full amount should be returned to Mohamed Shafeek." Mohamed Shafeek was later dismissed as a defendant herein when he entered his plea in case No. 2:06-CR-000229-001 DB.

In support of its Motion, the government submits a Settlement Agreement, an Amendment to Settlement Agreement, an Order approving the settlements, and a

1


Judgment of Forfeiture in Case No. 2:05-CV-533 TS, a civil forfeiture case and Orders approving those civil forfeiture Settlement Agreements in this case and in case No. 2:06-CR-000229-001 DB, the case wherein Mohamed Shafeek will be sentenced. In Case No. 2:06-CR-000229-001-DB, Mohamed Shafeek has stipulated and consented to the release of the $75,000 of the bond[1] and for the remaining $75,000 of the bond,[2] for a total of $150,000; and those stipulations were approved by court orders.[3]

Based on the record the Court finds as follows: the $150,000 was receipted into this case, 2:05-CR-000266-005; Mohamed Shafeek has released his rights to the $150,000 and has consented that it be applied to the forfeiture in case No. 2:06-CR-000229-001 DB.

However, the following information is required before the clerk of court is able to the release the $150,000 bond: the name and address of the specific payee[4] to whom the $150,000 is to be released.

It is therefore

---

[1] Case No. 2:06-CR-000299-001 DB, Docket No. 67, Ex. B.

[2] *Id.* Docket No. 74, Ex. B.

[3] *Id.* 2:06-CR-299 DB, Docket Nos. 68 and 75.

[4] Pursuant to the Stipulations and Orders approving the stipulations, it appears the payee will be the United States via an agency or service.

ORDERED that the United States shall submit the required information forthwith.

DATED   January 19, 2010.

                BY THE COURT:

                _____
                TED STEWART
                United States District Judge